ATTACHMENT TO DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION IN U.S. DISTRICT COURT

Defendant JOHN P. PERRAS

Count I: 18 USC Sec. 1349 - BANK FRAUD CONSPIRACY
MAX PENALTIES: 30 years imprisonment; $250,000 fine; 5 years supervised release; $100 mandatory special assessment.

Counts II thru XIV: 18 USC Secs. 1344 & 2 - BANK FRAUD
MAX PENALTIES FOR EACH COUNT: 30 years imprisonment; $250,000 fine; 5 years supervised release; $100 mandatory special assessment.

Counts XV thru IXX: 18 USC Secs. 1344 & 2 - BANK FRAUD
MAX PENALTIES FOR EACH COUNT: 30 years imprisonment; $250,000 fine; 5 years supervised release; $100 mandatory special assessment.

Count XX: 18 USC Secs. 1344 & 2 - BANK FRAUD
MAX PENALTIES: 30 years imprisonment; $250,000 fine; 5 years supervised release; $100 mandatory special assessment.

Counts XXI thru XXIV: 18 USC Secs. 1344 & 2 - BANK FRAUD
MAX PENALTIES FOR EACH COUNT: 30 years imprisonment; $250,000 fine; 5 years supervised release; $100 mandatory special assessment.

Count XXV: 18 USC Secs. 1344 & 2 - BANK FRAUD
MAX PENALTIES: 30 years imprisonment; $250,000 fine; 5 years supervised release; $100 mandatory special assessment.

Count XXVI: 18 USC Secs. 1344 & 2 - BANK FRAUD
MAX PENALTIES: 30 years imprisonment; $250,000 fine; 5 years supervised release; $100 mandatory special assessment.

ATTACHMENT TO DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION IN U.S. DISTRICT COURT

Defendant DAVID G. CHAVEZ

Count I: 18 USC Sec. 1349 - BANK FRAUD CONSPIRACY
MAX PENALTIES: 30 years imprisonment; $250,000 fine; 5 years supervised release; $100 mandatory special assessment.

Counts II thru XIV: 18 USC Secs. 1344 & 2 - BANK FRAUD
MAX PENALTIES FOR EACH COUNT: 30 years imprisonment; $250,000 fine; 5 years supervised release; $100 mandatory special assessment.

Counts XV thru IXX: 18 USC Secs. 1344 & 2 - BANK FRAUD
MAX PENALTIES FOR EACH COUNT: 30 years imprisonment; $250,000 fine; 5 years supervised release; $100 mandatory special assessment.

Count XX: 18 USC Secs. 1344 & 2 - BANK FRAUD
MAX PENALTIES: 30 years imprisonment; $250,000 fine; 5 years supervised release; $100 mandatory special assessment.

Counts XXI thru XXIV: 18 USC Secs. 1344 & 2 - BANK FRAUD
MAX PENALTIES FOR EACH COUNT: 30 years imprisonment; $250,000 fine; 5 years supervised release; $100 mandatory special assessment.

Count XXV: 18 USC Secs. 1344 & 2 - BANK FRAUD
MAX PENALTIES: 30 years imprisonment; $250,000 fine; 5 years supervised release; $100 mandatory special assessment.

Count XXVI: 18 USC Secs. 1344 & 2 - BANK FRAUD
MAX PENALTIES: 30 years imprisonment; $250,000 fine; 5 years supervised release; $100 mandatory special assessment.

ATTACHMENT TO DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION IN U.S. DISTRICT COURT

Defendant KAREN M. LYNCH

Count I: 18 USC Sec. 1349 - BANK FRAUD CONSPIRACY
MAX PENALTIES: 30 years imprisonment; $250,000 fine; 5 years supervised release; $100 mandatory special assessment.

Counts XV thru IXX: 18 USC Secs. 1344 & 2 - BANK FRAUD
MAX PENALTIES FOR EACH COUNT: 30 years imprisonment; $250,000 fine; 5 years supervised release; $100 mandatory special assessment.