AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

UNITED STATES

v.

JASON M. TURCIOS

APPEARANCE

CASE NUMBER: CR 07-124-03T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JASON M. TURCIOS

I certify that I am admitted to practice in this court.

October 2, 2007
*Date*

Robert Mann
*Signature*

Robert B. MANN 0153
*Print Name* *Bar Number*

610 TURKS HD PL.
*Address*

PROV RI 02903
*City* *State* *Zip Code*

351-5770 521-4305
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.