AO 442 (Rev. 5/93) Warrant for Arrest

**RECEIVED**
**U.S. MARSHALS SERVICE**
SEP 2 6 2007

# United States District Court
## District of Rhode Island

District of Rhode Island

UNITED STATES OF AMERICA

v.

JASON M. TURCIOS

**WARRANT FOR ARREST**

CASE NUMBER: CR 07-124-03T

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JASON M. TURCIOS
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRACY TO COMMIT BANK FRAUD
BANK FRAUD

in violation of
Title  18  United States Code, Section(s) 1349, 1344 & 2

Martha Saucier
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

September 26, 2007, Providence, RI
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

**RETURN**

Caroline O'Brien-Buster SA

at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 10-2-07 | Special Agent Caroline O'Brien-Buster | *[signature]* |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.