IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR-07-124-03T |
| | : | |
| JASON M. TURCIOS | : | |

GOVERNMENT'S SENTENCING MEMORANDUM

The government recommends a sentence of 12 months imprisonment. In considering its sentencing recommendation, the government looks to the nature of the offense, the defendant's role in the offense, the need for the sentence imposed, and the defendant's conduct since his arrest on October 2, 2007.

This case involved a conspiracy to commit a bank fraud in the amount of $85,429, all of which was attributable to the defendant, Jason M. Turcios, as relevant conduct. As a result of the check cashing scheme, the victim bank's loss exceeded $69,000.

The defendant's role in this case was significant. Turcios allowed John Perras to use his computer to manufacture some of the counterfeit checks and went with Perras and Domenicone to obtain the check paper from Staples; he cashed or attempted to cash four fraudulent checks totaling $13,500; he accompanied Perras, Domenicone, and others when other individuals cashed fraudulent checks; and, according to Perras, Turcios provided him with a copy of a check from Turcios's employer, The Computer Merchant. Turcios's level of involvement in the fraud kept him fully aware of the nature and scope of the scheme.

Since his arrest, Turcios has continued to engage in criminal behavior. This demonstrates a lack of respect for the law and the need for deterrence. While on pretrial release, Turcios tested positive for marihuana and then lied about his use to his probation officer. He also used a prescription drug that was not issued to him and took a Vicodin tablet all while undergoing substance abuse counseling. The defendant has struggled to abide by conditions of release and has had sporadic employment. Turcios's conduct suggests a lack of rehabilitative potential and highlights the need for a sentence that will deter future misconduct by this defendant.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov

CERTIFICATE OF SERVICE

On March 14, 2008, I caused the within "Government's Sentencing Memorandum" to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Robert Mann
1 Turks Head Building - Suite 610
Providence, Rhode Island 02903

United States Probation Office
2 Exchange Terrace - 2nd FL
Providence, RI 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj