Attachment 1

845

CHRISTOS INC
291 PROVIDENCE STREET, WEST WARWICK, RI 02893

Emp #: [redacted] Name: JASON M. TURCIOS
SS#: [redacted]

Pay Period: 02/25/08 thru 03/01/08

| Description Hr/Unit | Rate | Current | Year-To-Date | Description | Current | Year-To-I |
|---|---|---|---|---|---|---|
| Regular Py 5.00 | 7.50 | 37.50 | 112.50 | FICA W/H | 2.33 | 6 |
| | | | | Medi W/H | 0.54 | |
| | | | | Fed W/H | 0.00 | 2 |
| | | | | State W/H | 0.00 | ( |
| | | | | Local W/H | 0.49 | |
| Total Gross | | 37.50 | 112.50 | Deductions | 3.36 | 1: |
| | | | | Net Pay | 34.14 | 9( |

Rent-A-Center 5501 Headquarters Dr Plano TX 75024

CHECK NO. [redacted]

| | | | | | |
|---|---|---|---|---|---|
| TURCIOS, JASON M. | 000121251 | [redacted] | 02/29/08 | [redacted] 03/07/08 | 00188 |

| | | | | | | |
|---|---|---|---|---|---|---|
| REG | 38.28 | 574.35 | 2,330.70 | FEDRAL | 71.16 | 274.61 |
| | | | | FICA-M | 8.33 | 33.80 |
| | | | | ST-MA | 28.11 | 114.08 |
| | | | | FICA-S | 35.61 | 144.50 |
| EARNINGS | | 574.35 | 2,330.70 | TAXES & DEDUCTIONS | 143.20 | 566.99 |
| TAXABLE AMT | | 574.35 | 2,330.70 | NET PAY | 431.15 | 1,763.71 |