Attachment 2

# U.S. Sentencing Commission
# Preliminary Quarterly Data Report

**4th Quarter Release**
**Preliminary Fiscal Year 2007 Data**
**Through September 30, 2007**

Attachment 2

Table 18



## OFFENDERS RECEIVING SENTENCING OPTIONS IN EACH PRIMARY OFFENSE CATEGORY[1]
### 4th Quarter 2007 Preliminary Cumulative Data (October 1, 2006, through September 30, 2007)

| PRIMARY OFFENSE | TOTAL | TOTAL RECEIVING IMPRISONMENT | | Prison Only | | Prison/Community Split Sentence[2] | | TOTAL RECEIVING PROBATION | | Probation and Confinement | | Probation Only | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent |
| **TOTAL** | **65,160** | **57,812** | **88.7** | **55,807** | **85.6** | **2,005** | **3.1** | **7,348** | **11.3** | **2,511** | **3.9** | **4,837** | **7.4** |
| **Murder** | **70** | 70 | 100.0 | 69 | 98.6 | 1 | 1.4 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| **Manslaughter** | **63** | 60 | 95.2 | 59 | 93.7 | 1 | 1.6 | 3 | 4.8 | 3 | 4.8 | 0 | 0.0 |
| **Kidnapping/Hostage Taking** | **42** | 42 | 100.0 | 42 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| **Sexual Abuse** | **224** | 214 | 95.5 | 206 | 92.0 | 8 | 3.6 | 10 | 4.5 | 4 | 1.8 | 6 | 2.7 |
| **Assault** | **504** | 429 | 85.1 | 407 | 80.8 | 22 | 4.4 | 75 | 14.9 | 27 | 5.4 | 48 | 9.5 |
| **Robbery** | **1,037** | 1,021 | 98.5 | 1,006 | 97.0 | 15 | 1.4 | 16 | 1.5 | 6 | 0.6 | 10 | 1.0 |
| **Arson** | **70** | 67 | 95.7 | 65 | 92.9 | 2 | 2.9 | 3 | 4.3 | 2 | 2.9 | 1 | 1.4 |
| **Drugs - Trafficking** | **22,141** | 21,552 | 97.3 | 21,063 | 95.1 | 489 | 2.2 | 589 | 2.7 | 269 | 1.2 | 320 | 1.4 |
| **Drugs - Communication Facility** | **337** | 280 | 83.1 | 272 | 80.7 | 8 | 2.4 | 57 | 16.9 | 23 | 6.8 | 34 | 10.1 |
| **Drugs - Simple Possession** | **507** | 217 | 42.8 | 211 | 41.6 | 6 | 1.2 | 290 | 57.2 | 24 | 4.7 | 266 | 52.5 |
| **Firearms** | **7,604** | 7,175 | 94.4 | 7,002 | 92.1 | 173 | 2.3 | 429 | 5.6 | 212 | 2.8 | 217 | 2.9 |
| **Burglary/B&E** | **40** | 36 | 90.0 | 32 | 80.0 | 4 | 10.0 | 4 | 10.0 | 0 | 0.0 | 4 | 10.0 |
| **Auto Theft** | **58** | 49 | 84.5 | 45 | 77.6 | 4 | 6.9 | 9 | 15.5 | 4 | 6.9 | 5 | 8.6 |
| **Larceny** | **1,475** | 643 | 43.6 | 567 | 38.4 | 76 | 5.2 | 832 | 56.4 | 231 | 15.7 | 601 | 40.7 |
| **Fraud** | **6,877** | 4,904 | 71.3 | 4,394 | 63.9 | 510 | 7.4 | 1,973 | 28.7 | 750 | 10.9 | 1,223 | 17.8 |
| **Embezzlement** | **422** | 204 | 48.3 | 148 | 35.1 | 56 | 13.3 | 218 | 51.7 | 70 | 16.6 | 148 | 35.1 |
| **Forgery/Counterfeiting** | **1,063** | 752 | 70.7 | 679 | 63.9 | 73 | 6.9 | 311 | 29.3 | 136 | 12.8 | 175 | 16.5 |
| **Bribery** | **225** | 163 | 72.4 | 142 | 63.1 | 21 | 9.3 | 62 | 27.6 | 35 | 15.6 | 27 | 12.0 |
| **Tax** | **583** | 361 | 61.9 | 291 | 49.9 | 70 | 12.0 | 222 | 38.1 | 96 | 16.5 | 126 | 21.6 |
| **Money Laundering** | **811** | 679 | 83.7 | 638 | 78.7 | 41 | 5.1 | 132 | 16.3 | 63 | 7.8 | 69 | 8.5 |
| **Racketeering/Extortion** | **561** | 511 | 91.1 | 503 | 89.7 | 8 | 1.4 | 50 | 8.9 | 27 | 4.8 | 23 | 4.1 |
| **Gambling/Lottery** | **101** | 26 | 25.7 | 20 | 19.8 | 6 | 5.9 | 75 | 74.3 | 44 | 43.6 | 31 | 30.7 |
| **Civil Rights** | **56** | 34 | 60.7 | 32 | 57.1 | 2 | 3.6 | 22 | 39.3 | 9 | 16.1 | 13 | 23.2 |
| **Immigration** | **15,897** | 15,373 | 96.7 | 15,114 | 95.1 | 259 | 1.6 | 524 | 3.3 | 147 | 0.9 | 377 | 2.4 |
| **Pornography/Prostitution** | **1,441** | 1,416 | 98.3 | 1,402 | 97.3 | 14 | 1.0 | 25 | 1.7 | 13 | 0.9 | 12 | 0.8 |
| **Prison Offenses** | **298** | 288 | 96.6 | 277 | 93.0 | 11 | 3.7 | 10 | 3.4 | 3 | 1.0 | 7 | 2.3 |
| **Administration of Justice Offenses** | **890** | 613 | 68.9 | 565 | 63.5 | 48 | 5.4 | 277 | 31.1 | 102 | 11.5 | 175 | 19.7 |
| **Environmental/Wildlife** | **141** | 36 | 25.5 | 25 | 17.7 | 11 | 7.8 | 105 | 74.5 | 29 | 20.6 | 76 | 53.9 |
| **National Defense** | **23** | 19 | 82.6 | 17 | 73.9 | 2 | 8.7 | 4 | 17.4 | 1 | 4.3 | 3 | 13.0 |
| **Antitrust** | **15** | 11 | 73.3 | 9 | 60.0 | 2 | 13.3 | 4 | 26.7 | 1 | 6.7 | 3 | 20.0 |
| **Food & Drug** | **51** | 18 | 35.3 | 16 | 31.4 | 2 | 3.9 | 33 | 64.7 | 2 | 3.9 | 31 | 60.8 |
| **Other Miscellaneous Offenses** | **1,533** | 549 | 35.8 | 489 | 31.9 | 60 | 3.9 | 984 | 64.2 | 178 | 11.6 | 806 | 52.6 |

[1]Of the 65,836 cases, 676 were excluded due to one or more of the following reasons: the offender received neither imprisonment nor probation (454), missing primary offense category (155), or missing sentencing information (218). Descriptions of variables used in this table are provided in Appendix A.

[2]Prison/Community Split Sentence includes all cases in which offenders received prison and conditions of confinement as defined in USSG §5C1.1.

SOURCE: U.S. Sentencing Commission, Preliminary 2007 Datafile, USSCFY07 (October 1, 2006, through September 30, 2007).