Attachment 3

# U.S. Sentencing Commission
# Preliminary Post-*Kimbrough/Gall* Data Report

**February 2008 Data**

Attachment 3

**Table 1-1**

## FIRST CIRCUIT COMPARISON OF SENTENCE IMPOSED AND POSITION RELATIVE TO THE GUIDELINE RANGE[1]

### Fiscal Year 2005, Post-*Booker* - 4th Quarter 2007 Preliminary Cumulative Data, 2008 Post-*Kimbrough/Gall* Preliminary Data

| | Post-*Booker* | | Post-*Kimbrough/Gall* | |
|---|---|---|---|---|
| | N | % | N | % |
| **TOTAL CASES** | **4,670** | **100.0** | **122** | **100.0** |
| **CASES SENTENCED WITHIN GUIDELINE RANGE** | **3,127** | **67.0** | **69** | **56.6** |
| **CASES SENTENCED ABOVE GUIDELINE RANGE** | **78** | **1.7** | **1** | **0.8** |
| **DEPARTURE ABOVE GUIDELINE RANGE** | **25** | **0.5** | **0** | **0.0** |
| Upward Departure From Guideline Range[2] | 18 | 0.4 | 0 | 0.0 |
| Upward Departure With *Booker* /18 U.S.C. § 3553[3] | 7 | 0.1 | 0 | 0.0 |
| **OTHERWISE ABOVE GUIDELINE RANGE** | **53** | **1.2** | **1** | **0.8** |
| Above Guideline Range With *Booker* /18 U.S.C. § 3553[4] | 41 | 0.9 | 0 | 0.0 |
| All Remaining Cases Above Guideline Range[5] | 12 | 0.3 | 1 | 0.8 |
| **GOVERNMENT SPONSORED BELOW RANGE[6]** | **677** | **14.5** | **25** | **20.5** |
| §5K1.1 Substantial Assistance Departure | 557 | 11.9 | 22 | 18.0 |
| §5K3.1 Early Disposition Program Departure | 0 | 0.0 | 0 | 0.0 |
| Other Government Sponsored Below Range | 120 | 2.6 | 3 | 2.5 |
| **NON-GOVERNMENT SPONSORED BELOW RANGE** | **788** | **16.8** | **27** | **22.1** |
| **DEPARTURE BELOW GUIDELINE RANGE** | **247** | **5.3** | **10** | **8.2** |
| Downward Departure From Guideline Range[2] | 172 | 3.7 | 4 | 3.3 |
| Downward Departure With *Booker* /18 U.S.C. § 3553[3] | 75 | 1.6 | 6 | 4.9 |
| **OTHERWISE BELOW GUIDELINE RANGE** | **541** | **11.5** | **17** | **13.9** |
| Below Guideline Range With *Booker* /18 U.S.C. § 3553[4] | 427 | 9.1 | 16 | 13.1 |
| All Remaining Cases Below Guideline Range[5] | 114 | 2.4 | 1 | 0.8 |

[1]The cases in this table described as Post-*Kimbrough/Gall* reflect the 123 cases sentenced in the First Circuit subsequent to the date of *Kimbrough v. U.S.* and *Gall v. U.S.* (December 10, 2007), with court documentation cumulatively received, coded, and edited at the U.S. Sentencing Commission by February 21, 2008. Of these, one case was excluded because information was missing from the submitted documents that prevented the comparison of the sentence and the guideline range. The cases in this table described as Post-*Booker* reflect the 4,727 cases sentenced in the First Circuit after the date of *U.S. v. Booker* (January 12, 2005) through September 30, 2007. Of these, 57 cases were excluded for the above reasons. Descriptions of variables used in this table are provided in Appendix A.

[2]All cases with departures in which the court did not indicate as a reason either *U.S. v. Booker,* 18 U.S.C. § 3553, or a factor or reason specifically prohibited in the provisions, policy statements, or commentary of the *Guidelines Manual.*

[3]All cases sentenced outside of the guideline range in which the court indicated both a departure (see footnote 2) and a reference to either *U.S. v. Booker,* 18 U.S.C. § 3553, or related factors as a reason for sentencing outside of the guideline system.

[4]All cases sentenced outside of the guideline range in which no departure was indicated and in which the court cited *U.S. v. Booker,* 18 U.S.C. § 3553, or related factors as one of the reasons for sentencing outside of the guideline system.

[5]All cases sentenced outside of the guideline range that could not be classified into any of the three previous outside of the range categories. This category includes cases in which no reason was provided for a sentence outside of the guideline range.

[6]Cases in which a reason for the sentence indicated that the prosecution initiated, proposed, or stipulated to a sentence outside of the guideline range, either pursuant to a plea agreement or as part of a non-plea negotiation with the defendant.

SOURCE: U.S. Sentencing Commission, 2005 - 2007 Datafiles, USSCFY05 - USSCFY07, and Preliminary 2008 Datafile, USSCFY08.